466 A.2d 705

Commonwealth v. Zimmerman, Appellant.

Reargument Denied Oct. 21, 1983.

Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Argued May 24, 1983. Leonard G. Ambrose, III, for appellant; Michael L. Cauley, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.